UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| JAMES CADEAU and MICHELLE CADEAU, individually and as the representatives of a class of similarly-situated persons,<br><br>Plaintiffs,<br><br>v.<br><br>KALEO HOLDINGS, INC. and KALEO, INC., Virginia corporations,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)  Civil Action No. 2:21-cv-05151<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE AND ORDER OF VOLUNTARY DISMISSAL**

Pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiffs, James Cadeau and Michelle Cadeau, hereby dismiss this action without prejudice.

Dated: April 29, 2021

Respectfully submitted,

MICHAEL CADEAU and MICHELLE CADEAU, individually and as the representatives of a class of similarly-situated persons,

By: /s/ Aytan Y. Bellin
Aytan Y. Bellin
**BELLIN & ASSOCIATES LLC**
50 Main Street, Suite 1000
White Plains, NY  10606
Telephone:  914-358-5345
aytan.bellin@bellinlaw.com

Ryan M. Kelly *(pro hac vice admitted)*
**ANDERSON + WANCA**
3701 Algonquin Road, Suite 500
Rolling Meadows, IL 60008
Telephone: 847-368-1500
rkelly@andersonwanca.com

**SO ORDERED**

**s/Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 5/25/2021**